UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**CASE NO. 12-23572-CIV-LENARD**

TERESA DOE, as parent and natural
guardian of JANE DOE, a minor,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant
_____/

### JOINT AMENDED NOTICE OF SETTLEMENT AND PETITION FOR APPROVAL OF SETTLEMENT OF A MINOR

COMES NOW Plaintiff, TERESA DOE, as parent and natural guardian of JANE DOE, a minor, by and through undersigned counsel, who hereby files this Notice of Settlement and Petition for Approval of Settlement of a Minor jointly on behalf of ALL PARTIES, and states:

1. This matter was settled at mediation among the parties.

2. The settlement involves a minor.

3. The parties do not believe court approval of said settlement is required; however, in an abundance of caution, the parties respectfully request that this Court approve the settlement.

4. The terms of the settlement are confidential. The parties respectfully request that should the Court so require, the Court entertain a brief telephonic hearing so that the parties may disclose the terms of the settlement to the Court confidentially.

WHEREFORE, the Parties respectfully request this Court enter an Order approving the settlement

in this matter.

      **I HEREBY CERTIFY**, that this notice/petition is jointly filed.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY**, that on October 22, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                  LIPCON, MARGULIES,
                                  ALSINA & WINKLEMAN, P.A.
                                  Attorneys for the Plaintiff
                                  One Biscayne Tower, Suite 1776
                                  2 S. Biscayne Boulevard
                                  Miami, Florida 33131
                                  TEL: 305-373-3016
                                  FAX: 305-373-6204
                                  JMargulies@lipcon.com

                                  By s/ Jason R. Margulies
                                      JASON R. MARGULIES
                                      FL BAR NO. 57916

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**CASE NO. 12-23572-CIV-LENARD**

TERESA DOE, as parent and natural
guardian of JANE DOE, a minor,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant
_____/

## ORDER APPROVING SETTLEMENT AND CLOSING CASE

THIS MATTER having come before the Court and this Court having been advised of the settlement and being otherwise advised in the premises, it is hereupon, ORDERED AND ADJUDGED that the settlement in this matter made on behalf of JANE DOE, a minor, by and through her parent and legal guardian, TERESA DOE, is approved and this case may be **CLOSED**. The net settlement proceeds to be distributed to JANE DOE (in her legal name), shall be placed in a custodial account to be used solely for the benefit of JANE DOE. This Court shall reserve jurisdiction to enforce the terms of the settlement, if necessary.

DONE AND ORDERED this _____ day of _____, 2012.

                                                              _____
                                                              JOAN A. LENARD
                                                              UNITED STATES DISTRICT COURT JUDGE

Copies to: Counsel of Record